UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-48-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ROY CHARLES ASKEY | |

On motion of the defendant, Roy Charles Askey, and for good cause shown, it is hereby ORDERED that the defendant's Motion to File Memorandum in Support of Pro Se Compassionate Release Motion Out of Time is hereby GRANTED.

So ORDERED, this 24 day of February 2021.

TERRENCE W. BOYLE
United States District Judge